In re:     Case No. 24-81031-CRJ
Stanley Barnett, Jr     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8     User: admin     Page 1 of 2
Date Rcvd: Jun 20, 2024     Form ID: pdf001     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley Barnett, Jr, 8846 Encino Avenue, Sherwood Forest, CA 91325-3229 |
| 11368161 | + | Dennis Gewant DBA Judgment Recovery, 269 South Beverly Drive Ste #102, Beverly Hills, CA 90212-3851 |
| 11368163 | | Franchise Tax Board, PO Box 1286, Ranco Cordova, CA 95741-1286 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Jun 21 2024 07:25:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 11368160 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 07:29:15 | CRDTONEBNK, PO Box 60500, City of Industry, CA 91716-0500 |
| 11368159 | | EDI: CAPITALONE.COM | Jun 21 2024 10:33:00 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 11368162 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 21 2024 07:25:00 | Dept of Education / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 11368164 | | Email/Text: BankruptcyNotices@ladwp.com | Jun 21 2024 07:24:00 | LA DWP, PO Box 30808, Los Angeles, CA 90030-0808 |
| 11368165 | | EDI: EDD.COM | Jun 21 2024 10:33:00 | State of California, Employment Development Department, PO Box 826880 MIC 92T, Sacramento, CA 94280-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon N Smith | brandonsmithtrustee@gmail.com AL07@ecfcbis.com;brandonbk@ecf.courtdrive.com;cwhaleytrustee@gmail.com |

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Stanley Barnett, Jr }  **Case No: 24-81031-CRJ7**
SSN: XXX-XX-8125 }
  DEBTOR(S). }
}
}

### ORDER

This matter came before the Court on Thursday, June 20, 2024 10:00 AM, for a hearing on the following:

  RE: Doc #9; Order to Show Cause Hearing Why Case Should Not Be Dismissed Or Transferred

Proper notice of the hearing was given and appearances were made by the following:

  Brandon N Smith (Trustee)

Based upon the statements of the Chapter 7 Trustee in open court, the Court finds cause exists to invoke the Order to Show Cause.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

  The Chapter 7 case is hereby DISMISSED.

Dated: 06/20/2024                      /s/ CLIFTON R. JESSUP JR.
                                                            CLIFTON R. JESSUP JR.
                                                            United States Bankruptcy Judge