Motion to reconsider/ motion to reopen case N0. 24-81031-CRJ7

In the matter of STANLEY BARNETT JR

I, STANLEY BARNETT JR, On the Day July 12, 2024 would like the court to reopen my case due to show cause of proof of living in the state of Alabama, and working in the state of Alabama for over year and a half. Due to lost court mail I never received to my mailing address in California. I only found out about my case until I called the court today.

My would like to show cause of my chapter 7 case given the opportunity to show proof to address the court. I would like to provide to the court with new Mailing information in the state of Alabama at 214 Roosevelt Florence, AL 35630. I appreciate the court to give me the opportunity to show cause in this matter so I can proceed with the chapter 7 process.

Thank you

STANLEY BARNETT JR .

*[signature]*