# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Stanley Barnett, Jr | } | **Case No: 24-81031-CRJ7** |
| SSN: XXX-XX-8125 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Monday, August 05, 2024 10:00 AM, for a hearing on the following:

RE: Doc #19; Debtor's Motion to Reconsider Order Dismissing Case

Proper notice of the hearing was given and appearances were made by the following:

Brandon N Smith (Trustee)
Stanley Barnett Jr (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Debtor's Motion to Reconsider Order Dismissing Case is APPROVED and this case is hereby REINSTATED.

Dated: 08/05/2024

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge